**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7010**

———————————

WILBER LEE BARKER,

                                    Petitioner - Appellant,

        versus

GEORGE DEEDS,

                                    Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-96-1488-AM)

———————————

Submitted:  October 20, 1998        Decided:  November 10, 1998

———————————

Before HAMILTON and LUTTIG, Circuit Judges, and HALL, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Wilber Lee Barker, Appellant Pro Se. John H. McLees, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Barker v. Deeds, No. CA-96-1488-AM (E.D. Va. June 9, 1998). In addition, issues raised for the first time on appeal will not be reviewed. See Satterfield v. Zahradnick, 572 F.2d 443, 446 (4th Cir. 1978). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED